**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANGELA DEBOSE,
    Plaintiff,

vs.                                 CASE NO. 8:15-mc-18-T-EAK-MAP

USF BOARD OF TRUSTEES, USF
ACADEMIC AFFAIRS OF USF, STUDENT
SUCCESS OF USF, and PAUL DOSAL,
    Defendant.
                                         /

## ORDER DENYING TEMPORARY RESTRAINING ORDER

This cause is before the Court on the amended motion for temporary restraining order filed February 13, 2015 (Doc. 5) and motion for leave to file under seal (Doc. 6). This motion was filed in response to this Court's order denying the Plaintiff's first motion for temporary restraining order. The Court stated:

> Since the Plaintiff is proceeding without counsel of record, the Court will allow her to amend her motion for injunction to make one further attempt to establish a *prima facia* case. The Court does notify the Plaintiff that if the second motion establishes a *prima facia* case, it will not grant a temporary restraining order but will, after service on all the defendants, set a hearing on the issues of jurisdiction and whether an injunction should be granted.

There are two issues before the Court, does the Court have jurisdiction to hear this case and has the Plaintiff established a *prima facia* case for entry of an injunction. The Court finds that the Plaintiff has now established a *prima facia* case sufficient to

allow there to be consideration of a motion for preliminary injunction but the grave doubts about the jurisdictional question has not been resolved. As stated in the first order, when the Plaintiff has properly served all the named defendants the motion will be heard as a motion for preliminary injunction, the motion for temporary restraining order is denied.

As to the motion to file under seal, it is denied without prejudice. The Plaintiff states she has designated exhibits to the motion as confidential. It is for the Court, upon review of the documents, to determine if they are subject to being sealed and the Court has insufficient information to make that determination. Accordingly, it is

**ORDERED** that the motion for temporary restraining order filed February 13, 2015 (Doc. 5) and the motion to file under seal (Doc. 6) be **denied** as set out herein. The Court converts the motion for temporary restraining order to a motion for preliminary injunction and will consider the motion after proper service is effectuated and the Court has been noticed appropriately.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 13th day of February, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record