**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANGELA DEBOSE,
    Plaintiff,

vs.                               CASE NO. 8:15-MC-18-T-EAK-MAP

USF BOARD OF TRUSTEES, et al.,
    Defendants.
_____/

## **ORDER**

      This cause is before the Court on the Plaintiff's motion to reconsider and grant the request to continue the hearing on her motion for preliminary injunction scheduled for June 26, 2015 (Doc. 53).  The Plaintiff filed her motion for temporary restraining order on February 4, 2015 and the Court denied it the next day with leave to amend the motion.  The amended motion for temporary restraining order was also denied but the Court converted it into a motion for preliminary injunction on February 13, 2015 (Doc. 7).

      Since then the Court has set this for hearing on May 21, 2015 and then on June 26, 2015, on the Plaintiff's request for an extension of time, and the Plaintiff has recently filed her third amended motion for preliminary injunction (Doc. 45).  The Plaintiff's motion now before the Court ask for another continuance of the hearing on

her pending request for preliminary injunction.  The Plaintiff argues that she is not prepared to proceed forward at this time on her own motion.  In the interest of justice for the Plaintiff, the Court therefore will grant the motion to cancel the June 26, 2015 hearing and will reschedule it.  The Plaintiff has not indicated what amount of time she might need to get ready but the Court considers sixty days to be a reasonable time for the continuance.  The Plaintiff needs to be ready to pursue her claim at that time.  Accordingly, it is

**ORDERED** that the motion to continue the July 26, 2015 hearing on preliminary injunction is **granted** and the hearing is rescheduled for September 25, 2015, at 10:30 a.m. in Courtroom 14A of the Sam Gibbons Federal Courthouse, 801 N. Florida Avenue, Tampa, Florida.  The Court has reserved two hours on the calendar for the hearing.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 23rd day of June, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record